UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. LAWRENCE,<br><br>    Petitioner,<br><br>  v.<br><br>BILL LOCKYER, Attorney General of the State of California,<br><br>    Respondent.<br>_____/ | No. C 05-3541 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner filed a notice of appeal, which the court construes as also requesting a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 37.) The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

  IT IS SO ORDERED.

DATED: March 20, 2007

                                                                    _____
                                                                    SUSAN ILLSTON
                                                                    United States District Judge